IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT TARPLEY

    Petitioner,

v.

ROBERT WERLINGER, Warden,
FCI Oxford, Wisconsin,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-118-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the petition of Robert Tarpley for a writ of habeas corpus under 28 U.S.C. § 2241 is denied for his failure to show that his petition satisfies the standard under 28 U.S.C. § 2255(e).

_____    3/26/12
Peter Oppeneer, Clerk of Court    Date