# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT TARPLEY

      Petitioner,

    JUDGMENT IN A CIVIL CASE

v.

    Case No. 12-cv-118-bbc

ROBERT WERLINGER, Warden,
FCI Oxford, Wisconsin,

      Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Robert Tarpley for a writ of habeas corpus under 28 U.S.C. § 2241 is denied for his failure to show that his petition satisfies the standard under 28 U.S.C. § 2255(e).


_Peter Oppeneer_

Peter Oppeneer, Clerk of Court

3/26/12

Date